1  Ryan Lee (SBN: 024846)
   Krohn & Moss, Ltd.
2  10474 Santa Monica Blvd., Suite 401
   Los Angeles, CA 90025
3  Tel: 323-988-2400 x241
   Fax: 866-583-3695
4  rlee@consumerlawcenter.com
   Attorneys for Plaintiff,
5  Josh Hogue

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Josh Hogue, | Case No.: 2:10-cv-01309-NVW |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| v. | |
| Alliance One Receivables Management, Inc., | |
| Defendant. | |

NOW COMES the Plaintiff, Josh Hogue, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 30 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

Respectfully Submitted,

Dated: February 1, 2011        KROHN & MOSS, LTD.


By: /s/ Ryan Lee

Ryan Lee
Attorney for Plaintiff

- 1 -

Notice of Settlement

## CERTIFICATE OF SERVICE

I hereby certify that on February 1, 2011, I electronically filed the foregoing document, which was served electronically via the court's CM/ECF system upon all counsel of record including the following:

Cynthia L. Fulton
Fulton Friedman & Gullace LLP
2345 E. Thomas Rd., Ste. 460
Phoenix, AZ 85016
cynthia.fulton@fultonfriedman.com

By: /s/ Ryan Lee

Ryan Lee
Attorney for Plaintiff